No. 55, Misc.  ELAM *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 56, Misc.  NICHOLS *v.* McGEE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  Supreme Court of California.  Certiorari denied.

No. 57, Misc.  LAVINE *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  Supreme Court of Washington.  Certiorari denied.

No. 59, Misc.  WORLEY, ADMINISTRATRIX, ET AL. *v.* DUNN, TRUSTEE, ET AL.  C. A. 6th Cir.  Certiorari denied.  Petitioners *pro se.* *Solicitor General Rankin* for the United States, *Charles C. Trabue, Jr.* for Dunn et al., and *F. A. Berry* for the First American National Bank of Nashville, Tennessee, respondents.

No. 61, Misc.  KIRKSEY *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.

No. 63, Misc.  EDMOND *v.* MOORE-McCORMACK LINES, INC.  C. A. 2d Cir.  Certiorari denied.  Petitioner *pro se.* *Vernon S. Jones* for respondent.

No. 66, Misc.  CULLEY *v.* WARDEN, MARYLAND HOUSE OF CORRECTION.  Court of Appeals of Maryland.  Certiorari denied.